Sheila R. Schwager, ISB No. 5059
Brent R. Wilson, ISB No. 8936
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208-954-5209
Email: bwilson@hawleytroxell.com

Attorneys for Creditor J. Carlo Cannell

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br><br>REN MCKAY GUTHRIE and EMILY RAQUEL GUTHRIE,<br><br>Debtors. | Case No. 19-40908-JMM<br><br>Chapter 7 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

NOTICE IS HEREBY GIVEN that Sheila R. Schwager and Brent R. Wilson of HAWLEY TROXELL ENNIS & HAWLEY LLP hereby enters their appearance on behalf of creditor J. Carlo Cannell, and hereby requests that all notices given or required to be given in this case, and all papers served, or required to be served, be given to and served upon:

        Sheila R. Schwager
        sschwager@hawleytroxell.com
        Brent R. Wilson
        bwilson@hawleytroxell.com

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 1

56765.0001.12291990.1

HAWLEY TROXELL ENNIS & HAWLEY LLP
P.O. Box 1617
Boise, Idaho 83701

The above requests all notices, copies, and pleadings referred to in Bankruptcy Rule 2002, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before the Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

DATED THIS 10th day of October, 2019.

        HAWLEY TROXELL ENNIS & HAWLEY LLP

        By  /s/ Brent R. Wilson
           Brent R. Wilson, ISB No. 8936
           Attorneys for Creditor J. Carlo Cannell

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 2

56765.0001.12291990.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of October, 2019, I electronically filed the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SERVICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Aaron J. Tolson | ajt@aaronjtolsonlaw.com |
| U.S. Trustee | ustp.region18.bs.ecf@usdoj.gov |
| R. Sam Hopkins | SamHopkins@cableone.net |

AND, I HEREBY CERTIFY that I have served the foregoing document to the following non-CM/ECF Registered Participants **via U.S. Mail** (list names and addresses):

Ren Guthrie and Emily Guthrie
3773 Autumwood Drive
Idaho Falls, Idaho 83406


                /s/ Brent R. Wilson
                Brent R. Wilson

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE - 3

56765.0001.12291990.1